IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CELIA SANCHEZ and OSCAR SALAS, statutory death beneficiaries of ERIK EMMANUEL SALAS-SANCHEZ,<br>　　Plaintiffs,<br><br>v.<br><br>MANDO KENNETH GOMEZ, ALBERTO RIVERA, and the CITY OF EL PASO, TEXAS,<br>　　Defendants. | § § § § § § § § § § § § § § § | EP-17-CV-133-PRM |

## FINAL JUDGMENT—DEFENDANT ALBERTO RIVERA

On this day, the Court dismissed Defendant Alberto Rivera from the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that Defendant Alberto Rivera is **DISMISSED WITH PREJUDICE** from the above-captioned cause, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings regarding Defendant Alberto Rivera in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions regarding Defendant Alberto Rivera in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **TERMINATE** Defendant Alberto Rivera from this case.

SIGNED this ___8___ day of November, 2019.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE