IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVIDION

| | | |
|---|---|---|
| CELIA SANCHEZ and OSCAR SALAS, Statutory Death Beneficiaries of ERIK EMMANUEL SALAS-SANCHEZ<br><br>*Plaintiffs*,<br><br>v.<br><br>MANDO KENNETH GOMEZ, and THE CITY OF EL PASO, TEXAS,<br><br>*Defendants*, | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-133-PRM |

## JOINT CONSENT TO VOIR DIRE BY MAGISTRATE JUDGE

NOW COME PLAINTIFFS and DEFENDANTS, by and through their attorneys of record, pursuant to 28 U.S.C. §636(c)(1) and the Court's instructions on February 24, 2020, hereby give notice to the Court that the parties hereby consent to Voir Dire by United States Magistrate Judge Robert F. Castañeda.

Dated: March 5, 2020

Respectfully submitted,

THE LAW OFFICE OF LYNN COYLE, PLLC
2515 North Stanton Street
El Paso, Texas 79902
(915) 532-5544
Fax (915) 532-5566

By:     */s/ Lynn Coyle*
        LYNN COYLE
        Texas Bar No. 24050049
        lynn@coylefirm.com
        CHRISTOPHER BENOIT
        Texas Bar No. 24068653
        chris@coylefirm.com

        *Attorneys for Plaintiffs*

                        DENTON NAVARRO ROCHA BERNAL & ZECH
                        A Professional Corporation
                        2517 N. Main Avenue
                        San Antonio, Texas 78212
                        (210) 227-3243
                        (210) 225-4481 (Fax)

By:   */s/ Lowell F. Denton*
        LOWELL F. DENTON
        State Bar No. 05764700
        lowell.denton@rampage-sa.com
        SCOTT M. TSCHIRHART
        State Bar No. 24013655
        scott.tschirhart@rampage-aus.com
        ROBERT L. DRINKARD
        State Bar No. 24007128
        rdrinkard@rampage-rgv.com

        OSCAR G. GABALDON, JR.
        State Bar No. 07562900
        300 N. Campbell
        El Paso, Texas 79901
        (915) 212-0033
        (915) 212-0034 (Fax)
        GabaldonOG@elpasotexas.gov

*Attorneys for Defendant*
*The City of El Paso, Texas*

JIM DARNELL, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915) 532-2442
(915) 532-4549 (Fax)
Jdarnell@jdarnell.com
Jedarnell@jdarnell.com

By:   */s/ Jim Darnell*
        JIM DARNELL
        State Bar No. 05391250
        JEEP DARNELL
        State Bar No. 24075845

        *Attorneys for Defendant*
        *Officer Mando Gomez*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Lynn Coyle*  
                                          LYNN COYLE