IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **CELIA SANCHEZ and OSCAR SALAS, Statutory Death Beneficiaries of ERIK EMMANUEL SALAS-SANCHEZ**　§§§§§<br><br>　**Plaintiffs,**　§§<br>　§<br>vs.　§§<br>　§<br>**MANDO KENNETH GOMEZ ALBERTO RIVERA, PAMELA SMITH and the CITY OF EL PASO, TEXAS**　§§§§<br>　§<br>　**Defendants**　§ | **CIVIL NO. 3:17-CV-00133-DCG** |

## PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CITY OF EL PASO, TEXAS AND OFFICER MANDO GOMEZ

MAY IT PLEASE THE COURT:

NOW COMES PLAINTIFFS Celia Sanchez and Oscar Salas, Statutory Death Beneficiaries of Erik Emmanuel Salas-Sanchez and DEFENDANTS City Of El Paso Texas and Officer Mando Gomez ("cumulatively the Parties"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) file this their Joint Stipulation of Dismissal with prejudice as to DEFENDANTS City of El Paso, Texas and Officer Mando Gomez and respectfully show the Court as follows:

1. The Parties entered into an agreement to resolve the claims in this case and have executed a Settlement and Release Agreement outlining the terms of such agreement.

2. The Parties stipulate and agree to the dismissal with prejudice of this action against DEFENDANTS City of El Paso Texas and Officer Mando Gomez. The Parties stipulate and agree

that each party shall bear their own costs and attorney's fees.

3.  The Parties request the Court issue an order dismissing the claims against DEFENDANTS City Of El Paso Texas and Officer Mando Gomez with prejudice in accordance with this stipulation, and that all pending motions and matters before the Court in this claim be dismissed in a final order.

## II.
## Conclusion and Prayer

WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS Celia Sanchez and Oscar Salas, Statutory Death Beneficiaries of Erik Emmanuel Salas-Sanchez and DEFENDANTS City of El Paso, Texas and Officer Mando Gomez and respectfully request that this Honorable Court take note of the Parties Joint Stipulation of Dismissal and dismiss this lawsuit with prejudice against refiling.

SIGNED on the 29th day of June, 2022.

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243
210/225-4481 Fax
lfdenton@rampagelaw.com
rldrinkard@rampagelaw.com
smtschirhart@rampagelaw.com

BY: */s/ Robert L. Drinkard*
LOWELL F. DENTON
State Bar No. 05764700
ROBERT L. DRINKARD
State Bar No. 24007128
SCOTT M. TSCHIRHART
State Bar No. 24013655

        NICOLE J. ANCHONDO
        State Bar No. 24073208
        300 N. Campbell
        El Paso, Texas 79901
        (915) 212-0033
        (915) 212-0034 (Fax)
        AnchondoNJ@elpasotexas.gov
        *Attorneys in Charge for Defendant City of El Paso*

        JIM DARNELL, P.C.
        310 N. Mesa, Suite 212
        El Paso, Texas 79901
        (915) 532-2442
        (915) 532-4549 (Fax)
        Jdarnell@jdarnell.com
        Jedarnell@jdarnell.com

By:   */s/ Jim Darnell*
        JIM DARNELL
        State Bar No. 05391250
        JEEP DARNELL
        State Bar No. 24075845
        *Attorneys for Defendant*
        *Officer Mando Gomez*

        THE LAW OFFICE OF LYNN COYLE, P.L.L.C.
        2515 North Stanton
        El Paso, Texas 79902
        (915) 532-5544
        (915) 532-5566 Fax

By:   */s/ Lynn Coyle*
        LYNN COYLE
        Texas Bar No. 24050049
        lynn@coylefirm.com
        CHRISTOPHER BENOIT
        Texas Bar No. 24068653
        chris@coylefirm.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify and attest that on this 29th day of June 2022 all parties in interest listed below have received a true and correct copy of the foregoing as indicated or by **electronic mail from the Clerk of the Court.**

| | |
|---|---|
| Lynn Coyle<br>Christopher Benoit<br>THE LAW OFFICE OF LYNN COYLE, PLLC<br>2515 North Stanton Street<br>El Paso, Texas 79902 | **E-FILE NOTIFICATION** |
| Jim Darnell<br>Jeep Darnell<br>JIM DARNELL, P.C.<br>310 N. Mesa, Suite 212<br>El Paso, Texas 79901 | **E-FILE NOTIFICATION** |

                                               */s/ Robert L. Drinkard*
                                               ROBERT L. DRINKARD