UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **CELIA SANCHEZ and OSCAR SALAS,** *as Statutory Death Beneficiaries of* **ERIK EMMANUEL SALAS-SANCHEZ,** *Plaintiffs*, v. **MANDO KENNETH GOMEZ and the CITY OF EL PASO, TEXAS,** *Defendants*. | § § § § § § § § § § § § § |

EP-17-CV-00133-DCG

## ORDER OF DISMISSAL

Before the Court is the parties' "Joint Stipulation of Dismissal with Prejudice" (ECF No. 373), filed under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiffs Celia Sanchez and Oscar Salas, Statutory Death Beneficiaries of Erik Emmanuel Salas-Sanchez, in this action against Defendants City of El Paso, Texas and Mando Kenneth Gomez are **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the District Clerks shall **CLOSE** this case.

So ORDERED and SIGNED on this 30th day of June 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE